THE PEOPLE OF THE STATE OF NEW YORK V. LOUIS GRIESS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COLUMBIA CORRUGATED COMPANY, INC., V. JACOB HANAUER, Trading under the Firm Name of COMMERCIAL TRADES Co.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SUERKEN REALTY CORPORATION V. STEELMAN, INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM FRANKEL V. OLYVE MAE THOMAS.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANTHONY M. CARVAHLO V. OSCAR L. RICHARD and Others.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH CARVANI V. IRVING TRUST COMPANY.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EASO ABDO V. GEORGE CHAMBART and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELSIE W. COX V. 4-ONE BOX MACHINE MAKERS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK HENRY CARROLL V. LOUIS SCHWARTZ, Doing Business, etc., and Others. — Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.